FILED

04/27/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0590

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0590

_____

GRANITE COUNTY, MONTANA, a political
subdivision of the State of Montana,

        Plaintiff, Counter Defendant,
        and Appellee,

    v.                                      O R D E R

RISING SUN ESTATES, LLC, JACK
McLEOD and JOHN DOES 1-5.

        Defendants, Counter Plaintiff,
        and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Ray Dayton, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 27 2022